UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY WALDEN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No. 1:23-cv-325
Hon. Ray Kent

**AMENDED JUDGMENT**

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the **Order** entered this date.

**IT IS SO ORDERED**.

Dated: May 5, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge